**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-14441-CV-MIDDLEBROOKS/Maynard
(CASE NO. 16-14059-CR-MIDDLEBROOKS)

MATTHEW VAUGHN HAWKS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Shaniek Maynard's Report and Recommendation ("Report"), issued on March 11, 2022. (DE 31). The Report recommends denying Movant Matthew Vaughn Hawks's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. §2255. Movant filed objections (DE 36). The deadline for the government to respond has not yet expired.

I have conducted a de novo review of Judge Maynard's Report, the record in this case, and I have considered the applicable law. I have also considered Movant's objections, and I find that they lack merit. Accordingly, I agree with Judge Maynard's recommendations and adopt her Report. Further, I find that Movant cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 31) is **ADOPTED**.

(2) Movant's Objections (DE 36) are **OVERRULED.**

(3) Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 1) is **DENIED.**

(4) No certificate of appealability shall issue.

(5) Final Judgment shall be entered by separate Order.

**SIGNED** in West Palm Beach, Florida, this 14th day of April, 2022.

Donald M. Middlebrooks
United States District Judge

cc: Honorable Shaniek Maynard
Counsel of Record